## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ADAM THOMASON,

     Plaintiff,

v.

UNDERDOG SPORTS, LLC,

     Defendant.

Civil Action No.
1:25-cv-00261-VMC

### ORDER

The Court held a hearing on Plaintiff Adam Thomason's Motion to Remand (Doc. 11) on May 28, 2025. For the reasons the Court gave on the record after the hearing, it is

**ORDERED** that the Motion to Remand is **GRANTED IN PART** to the extent it seeks remand of this case for lack of subject matter jurisdiction and **DENIED IN PART** to the extent it seeks an award of attorney's fees and costs. It is

**FURTHER ORDERED** that this case is **REMANDED** to the Superior Court of Fulton County. The Clerk is directed to close the case.

**SO ORDERED** this 28th day of May, 2025.

_____
Victoria Marie Calvert
United States District Judge